**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Harold Dwight WOOTEN,
Defendant–Appellant.**

No. 02–6977.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 30, 2002.

Matthew R. Hubbell, Charleston, South Carolina, for Appellant. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Harold Dwight Wooten seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Wooten has not made a substantial showing of the denial of a constitutional right. *See United States v. Wooten,* Nos. CR–98–94–1; CA–00–725–1 (M.D.N.C. May 22, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*